

**Fox Rothschild**

980 Jolly Road, Suite 110
PO Box 3001
Blue Bell, PA  19422
610.397.6500   610.397.0450
WWW.FOXROTHSCHILD.COM

BENJAMIN H. MCCOY
Direct No: 610.397.7972
Email: bmccoy@foxrothschild.com

July 10, 2024

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Aetna Life Insurance Company v. Fast Lab Technologies, LLC, et al.*
      Case No.: 1:24-cv-02057-PKC

Your Honor:

We represent the Plaintiff Aetna Life Insurance Company ("Aetna") in this matter. With the consent of counsel for the Defendants, we write to request an extension of time for Aetna to respond to Defendants' Counterclaim [ECF No. 22], through and including August 9, 2024.

We thank the Court for its consideration of this request.

Respectfully submitted,

Benjamin H. McCoy

cc: Counsel of Record, via ECF

BHM/jda

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

7-10-24

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington

160498381.1